# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMAD MOHAMMAD AL DARBI, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 05-2371 (RCL) |
| v. | ) |
| | ) |
| BARACK OBAMA, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## [PROPOSED] ORDER

Upon Petitioner's Unopposed Motion for Extension of Time to the Court's August 17, 2010 Scheduling Order it is hereby,

1    ORDERED that Petitioner must file his Traverse on or before February 8, 2011;

2.    ORDERED that Respondents must file their motion to amend the Factual Return by March 15, 2011; and

3.    ORDERED that the parties must file a Joint Status Report on or before March 29, 2011, in which they will either:

    a.    notify the Court that Petitioner intends to move for additional discovery and/or amend his Traverse and propose a briefing schedule on that matter; or

    b.    propose a briefing schedule for the parties' cross-motions for judgment on the record.

SO ORDERED

Date: __1/24/10__          _____

UNITED STATES DISTRICT JUDGE